# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CASEY MOORE,<br><br>　　　　Defendant. | Case No. 2:22-mj-00186-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that Count One is amended to a charge of Reckless Driving, a violation of 36 CFR § 4.2 and N.R.S. 484B.653 and the case is closed.

　　DATED this 30th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISITRATE JUDGE

1